# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER:  09-PO-00101-DLW |
| HENRY W. BLACKWELL | MICHAEL KAUFFMAN<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. 2.1(a)(5) | Walking on an Archaeological or Cultural Resource | 11/25/06 | 1 |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **CVB** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **Total:** | $10.00 | None | None | $3,477.65 |

Restitution shall be payable to:

National Park Service
Mesa Verde National Park
Mesa Verde, Colorado

June 1, 2009
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

June 1, 2009
Date